UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

RORY J. BUCKNER,

       Plaintiff(s),

vs.

UNION PACIFIC RAILROAD COMPANY,

       Defendant(s).

Case #3:22-cv-00479-LRH-CLB

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Charles S. Bracewell_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Hildebrand, McLeod & Nelson
(firm name)

with offices at 350 Frank H. Ogawa Plaza, Fourth Floor,
(street address)

Oakland, California, 94612,
(city) (state) (zip code)

(510) 451-6732, bracewell@hmnlaw.com.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Rory Buckner to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___December 3, 2012___ , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___California___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court, No. District of Cal. | April 19, 2013 | 284985 |
| U.S. District Court, Eastern District of Cal. | December 1, 2021 | 284985 |
| District of Columbia Court of Appeals | September 9, 2016 | 1034329 |
| Washington State Bar | May 10, 2019 | 54941 |
| California State Bar | December 3, 2012 | 284985 |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

California, District of Columbia, and Washington

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___California___ )
COUNTY OF ___Marin___ )

___Charles S. Bracewell___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of _____, _____.

___see attached___
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___J.D. Sullivan___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___1625 State Route 88, Suite 401___,
(street address)

___Minden___, ___Nevada___, ___89423___,
(city)        (state)        (zip code)

___(775) 782-6915___, ___jd@mindenlaw.com___.
(area code + telephone number)    (Email address)

4

Rev. 5/16

Petition to admission to court

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____Marin_____ )

On __November 11__, 2022 before me, __Lance Tran, Notary Public_____
(insert name and title of the officer)

personally appeared __Charles S. Bracewell_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __Lance Tran_____ (Seal)

LANCE TRAN
COMM. # 2400614
MARIN COUNTY
NOTARY PUBLIC-CALIFORNIA
MY COMMISSION EXPIRES
APRIL 13, 2026

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____J.D. Sullivan_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Rory Buckner
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5516                jd@mindenlaw.com
Bar number          Email address

APPROVED:

Dated: this __8th__ day of __November__, 20__22__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Charles Searcy Bracewell

Bar Number 2849985

was duly admitted to practice in this Court on April 19, 2013, and is in good standing as a member of the bar of this Court.

Signed on October 28, 2022 by



Mark B. Busby, Clerk of Court



# The State Bar of California

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

## CERTIFICATE OF STANDING

October 31, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, CHARLES SEARCY BRACEWELL, #284985 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 2012; that from the date of admission to February 2, 2015, he was an ACTIVE licensee of the State Bar of California; that on February 2, 2015, he transferred at his request to the INACTIVE status; that from that date to October 5, 2017, he was an INACTIVE licensee of the State Bar of California; that on October 5, 2017, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Vicky Avila
Custodian of Records



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Charles Bracewell

was duly qualified and admitted on September 9, 2016 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on October 18, 2022.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

## CERTIFICATE OF GOOD STANDING

I, Keith Holland, Clerk of this Court,

certify that **Charles Bracewell**, Bar # **284985**,

was duly admitted to practice in this Court on

**12/01/2021**, and is in good standing

as a member of the Bar of this Court.

Dated at _11/1/2022_.

_Keith Holland, Clerk of Court_

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | |
|---|---|
| IN THE MATTER OF THE ADMISSION ) <br> ) <br> OF ) <br> ) <br> CHARLES SEARCY BRACEWELL ) <br> ) <br> TO PRACTICE IN THE COURTS OF THIS STATE ) <br> ) | BAR NO. 54941 <br><br> **CERTIFICATE** <br><br> **OF** <br><br> **GOOD STANDING** |

I, Sarah R. Pendleton, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

**CHARLES SEARCY BRACEWELL**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on May 10, 2019, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 31st day of October, 2022.

Sarah R. Pendleton
Supreme Court Deputy Clerk
Washington State Supreme Court