UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RORY J. BUCKNER, | ) | CASE NO. 3:22-cv-00479-LRH-CLB |
| Plaintiff, | ) ) ) | **ORDER FOR EXTENSION OF TIME** |
| vs. | ) ) | **TO FILE *PRO HAC VICE* PETITION** **RE ANTHONY S. PETRU** |
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | **FIRST REQUESTED EXTENSION** |
| Defendant. | ) ) ) | |

COMES NOW the Plaintiff, by and through counsel, and hereby moves this Court to provide Plaintiff additional time to December 16, 2022, to submit the Verified *Pro Hac Vice* Petition for Anthony S. Petru.

Plaintiff filed his complaint on October 26, 2022 and the following day requested certificates of good standing ("COGS") from various courts and states' bar in anticipation of

submitting *pro hac vice* applications for counsel, Anthony S. Petru and Charles S. Bracewell. While the COGS for Mr. Bracewell were received, two remain outstanding for Mr. Petru, and it is unlikely they will be received in time such that Plaintiff can comply with the November 10, 2022 submission deadline as prescribed by LR IA 11-2(e).

The outstanding COGS for Mr. Petru are needed from the United Stated District Court, District of Nebraska and The Ninth Circuit Court of Appeals.

This is the first request for an extension of time to submit Mr. Petru's *Pro Hac Vice* Application, LR IA 6-1. No party will be prejudiced by granting such an extension. Plaintiff requests this extension to allow time for the ordered COGS to be received.

Therefore, the Plaintiff respectfully requests that this Court grant his Motion for Extension of Time to submit the Verified *Pro Hac Vice* petition for Anthony S. Petru to December 16, 2022.

Dated this 9th day of November 2022.

                        HILDEBRAND, MCLEOD & NELSON

                        By:   /s/ Charles S. Bracewell
                            CHARLES S. BRACEWELL (*Pro Hac Vice*)
                            Attorney for Plaintiff
                            RORY BUCKNER

IT IS SO ORDERED:

PLAINTIFF shall have until December 16, 2022 to submit the Verified *Pro Hac Vice* Application for Anthony S. Petru.

DATED: November 14, 2022                               
                                        UNITED STATES DISTRICT JUDGE