1
2
3
4
5
6
7
8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

15  RORY L. BUCKNER,                     Case No. 3:22-cv-00479-LRH-CLB

16           Plaintiff,                  **ORDER GRANTING**

17      vs.

18  UNION PACIFIC RAILROAD COMPANY,      **DEFENDANT UNION PACIFIC RAILROAD COMPANY'S MOTION OF DISASSOCIATION OF PRO-HAC VICE COUNSEL MONICA SILVER**

19           Defendant.

20
21
22

23  TO PLAINTIFF AND HIS ATTORNEYS OF RECORD HEREIN:

24  PLEASE TAKE NOTICE that MONICA SILVER is no longer associated with this matter.

25  Therefore, the law firm of QUINN • COVARRUBIAS, attorneys of record for Defendant UNION

26  PACIFIC RAILROAD COMPANY, hereby disassociates MONICA SILVER as pro-hac vice counsel

27  in the above-captioned matter.

28  Please serve all documents in connection with this matter only on the following:

QUINN • COVARRUBIAS

STEPHANIE L. QUINN, ESQ. of QUINN • COVARRUBIAS, 2220 Douglas Blvd, Suite 240, Roseville, CA 95661; Telephone: (916) 400-2300; Facsimile: (916) 400-2311 and;

JEFFREY S. SPENCER of SILVER STATE LAW, LLC, 190 W. Huffaker Lane, Suite 401, Reno, NV 89511; Telephone: (775) 786-7445.

DATED: July 17, 2023

QUINN • COVARRUBIAS

By: _____
Stephanie L. Quinn
Attorneys for Defendant,
UNION PACIFIC RAILROAD COMPANY

**IT IS SO ORDERED.**
DATED: July 17, 2023

_____
UNITED STATES MAGISTRATE JUDGE