UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RORY J. BUCKNER,<br><br>                              Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>                              Defendant. | Case No. 3:22-CV-00479-MMD-CLB<br><br>**ORDER GRANTING *SUA SPONTE* EXTENSION TO FILE A RESPONSE TO DEFENDANT'S MOTION REGARDING DISCOVERY DISPUTE**<br><br>[ECF No. 62] |

On November 20, 2024, Defendant filed a "Motion Regarding Discovery Dispute," (ECF No. 62), in compliance with the undersigned Magistrate Judge's Standing Order. (ECF No. 20.) Pursuant to the Standing Order, Plaintiff was required to file a response "no later than 2 court days after the initial motion" was filed. (*Id.* at 4.) Therefore, Plaintiff's response was due by no later than November 25, 2024. However, to date, Plaintiff has failed to file any response or opposition to Defendant's motion. Therefore, the Court *sua sponte* grants one extension to file a response or opposition to the motion by no later than Tuesday, December 3, 2024, at 5:00 p.m. Failure to file a response or opposition to the motion by this date may result in the Court granting Defendant's motion, in its entirety, as unopposed. No further extensions of time will be granted.

**IT IS SO ORDERED**.

**DATED**: November 26, 2024

_____
**UNITED STATES MAGISTRATE JUDGE**