J. D. Sullivan, (NV Bar No.: 5516)
jd@mindenlaw.com
SULLIVAN LAW
1625 State Route 88, Suite 401
Minden, Nevada  89423
Telephone:     (775) 782-6915

Anthony S. Petru, (Admitted PHV)
petru@hmnlaw.com
Charles S. Bracewell, (Admitted PHV)
bracewell@hmnlaw.com
Gabriel A. Siniscal (NV Bar No.: 14761)
siniscal@hmnlaw.com
HILDEBRAND, MCLEOD & NELSON, LLP
5335 College Avenue, Suite 5A
Oakland, CA 94618
Telephone:     (510) 451-6732

Attorneys for Plaintiff
RORY J. BUCKNER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RORY J. BUCKNER,<br><br>      Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>      Defendant. | CASE NO. 3:22-cv-00479-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO AMEND SCHEDULING ORDER**<br><br>**(Sixth Request)** |

Pursuant to LR 7-1 and LR IA 6-1, the parties, by and through their respective counsel of record, hereby stipulate to request that this Court enter an Order extending the deadline to submit the parties' Joint Proposed Pretrial Order noted in the Court's Order regarding Defendant's Motion for Summary Judgment. (Doc. 97).

This is the parties' sixth request to amend the scheduling order, but it is the parties' first request to extend the Joint Proposed Pretrial Order deadline.  There is no trial date set in this matter.

Good cause exists to extend the pretrial deadlines. The parties participated in a settlement conference on October 8, 2025. Plaintiff's counsel was then on a paternity leave from October 9 to October 27. The parties are working diligently to complete the Joint Proposed Pretrial Order; however, more time will be needed to complete meet and confer efforts over stipulated facts, exhibits, witnesses, and testimony designations and prepare the final document for filing.

Accordingly, the parties request extending the current deadline to file the Joint Proposed Pretrial Order by 30 days. The parties propose the following schedule:

1. **Joint Pretrial Order:**

   a. The deadline for the parties to submit a Joint Proposed Pretrial Order, currently November 7, 2025, is extended to December 8, 2025

The parties attest that concurrence in the filing of the foregoing document was obtained from each of the signatories below.

DATED: October 31, 2025          HILDEBRAND, McLEOD & NELSON LLP

                                 By: /s/ Charles Bracewell
                                     CHARLES BRACEWELL, Attorney for Plaintiff

DATED: October 31, 2025          QUINN • COVARRUBIAS

                                 By: /s/ Collin McCarthy
                                     COLLIN MCCARTHY, Attorney for Defendant

**IT IS SO ORDERED:**

DATED: November 4, 2025

_____
UNITED STATES DISTRICT JUDGE