J. D. Sullivan, (NV Bar No.: 5516)
jd@mindenlaw.com
SULLIVAN LAW
1625 State Route 88, Suite 401
Minden, Nevada   89423
Telephone:     (775) 782-6915

Anthony S. Petru, (Admitted PHV)
petru@hmnlaw.com
Charles S. Bracewell, (Admitted PHV)
bracewell@hmnlaw.com
Gabriel A. Siniscal (NV Bar No.: 14761)
siniscal@hmnlaw.com
HILDEBRAND, MCLEOD & NELSON, LLP
5335 College Avenue, Suite 5A
Oakland, CA 94618
Telephone:     (510) 451-6732

Attorneys for Plaintiff
RORY J. BUCKNER

**HILDEBRAND, MCLEOD & NELSON, LLP**
5335 COLLEGE AVE., SUITE 5A
OAKLAND, CA 94618
TELEPHONE: (510) 451-6732
FACSIMILE: (510) 465-7023

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RORY J. BUCKNER, | CASE NO. 3:22-cv-00479-MMD-CLB |
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE TRIAL** |
| v. | **(First Request)** |
| UNION PACIFIC RAILROAD COMPANY, | |
| Defendant. | |

Pursuant to LR 7-1 and LR IA 6-1, the parties, by and through their respective counsel of record, hereby stipulate to request that this Court enter an Order continuing trial to April 5, 2027, April 12, 2027, or the next available trial date thereafter available with the Court.

IT IS HEREBY STIPULATED AND AGREED by and between all parties, through their respective counsel of record, as follows:

WHEREAS this action is presently set on the Court's August 18, 2026, trial stack.

WHEREAS Plaintiff's retained medical expert, Steven Feinberg, M.D., will be

1

Stipulation to Continue Trial
Case No. 3:22-cv-00479-MMD-CLB

unavailable throughout the entirety of the August 2026 trial stack. Dr. Feinberg has a longstanding travel commitment that will take him out of the country beginning August 15, 2026, and he will not return until September 3, 2026. During that time, he will be traveling on a boat in a remote area of the Arctic and has confirmed that he will not have internet access or the ability to appear remotely for testimony. Dr. Feinberg is integral to Plaintiff's presentation of evidence regarding the nature and extent of Plaintiff's injuries, the medical consequences resulting from the incident at issue, and other issues relevant to Plaintiff's damages.

WHEREAS Plaintiff's lead trial counsel, Anthony S. Petru, has an unavoidable trial conflict that prevents him from being available during the Court's August 2026 trial stack. Mr. Petru is scheduled to commence trial in another matter on August 7, 2026. That trial was originally scheduled to commence on January 23, 2026, but was continued by court order on December 17, 2025, to August 7, 2026. The August 7, 2026 trial setting therefore predates this Court's scheduling of this trial stack on December 29, 2025. The conflicting matter is expected to last approximately two weeks, making it likely that Mr. Petru will be actively engaged in trial proceedings during all or a substantial portion of the August 18, 2026, trial stack.

NOW, THEREFORE, the parties stipulate and agree as follows:

1. This matter is currently set on the Court's trial stack commencing August 18, 2026.

2. Good cause exists to continue the current trial setting.

3. Plaintiff's retained medical expert, Dr. Feinberg, has a previously scheduled commitment that will render him unavailable during the August 2026 trial stack. Because Dr. Feinberg is a critical witness whose testimony is necessary for Plaintiff's presentation of evidence at trial, proceeding during the current trial stack would substantially prejudice Plaintiff.

4. In addition, Plaintiff's lead trial counsel, Anthony S. Petru, has a previously scheduled trial that is expected to overlap with the August 18, 2026 trial stack. That matter commences on August 7, 2026 and is anticipated to remain in progress during all or a substantial portion of the August 18, 2026 trial stack.

HILDEBRAND, MCLEOD & NELSON, LLP
5335 COLLEGE AVE., SUITE 5A
OAKLAND, CA 94618
TELEPHONE: (510) 451-6732
FACSIMILE: (510) 465-7023

2

Stipulation to Continue Trial
Case No. 3:22-cv-00479-MMD-CLB

HILDEBRAND, McLEOD & NELSON, LLP
5335 COLLEGE AVE., SUITE 5A
OAKLAND, CA 94618
TELEPHONE: (510) 451-6732
FACSIMILE: (510) 465-7023

5. The parties have met and conferred regarding these scheduling issues and agree that a continuance is appropriate.

6. The parties have further agreed that, in light of the requested continuance, Defendant's medical expert, Dr. Klein, may conduct a re-examination of Plaintiff in early 2027 at a mutually agreeable date and time.

7. The parties have met and conferred regarding an alternative trial setting and have agreed that, subject to the Court's availability, the matter should be reset for trial on April 5, 2027, or alternatively April 12, 2027.

8. The parties respectfully request that the Court continue the current trial setting and reset trial for April 5, 2027, or April 12, 2027, if either date is available. If neither date is available, the parties request that the Court set the matter for the next available trial date thereafter convenient to the Court.

9. The parties further request that all pretrial deadlines be vacated and reset consistent with the new trial date selected by the Court.

The parties attest that concurrence in the filing of the foregoing document was obtained from each of the signatories below.

DATED: June 11, 2026          HILDEBRAND, McLEOD & NELSON LLP


By: _/s/ Charles Bracewell_____
    CHARLES BRACEWELL, Attorney for Plaintiff

DATED: June 11, 2026          QUINN • COVARRUBIAS


By: _/s/ Stephanie Quinn_____
    STEPHANIE QUINN, Attorney for Defendant

3

Stipulation to Continue Trial
Case No. 3:22-cv-00479-MMD-CLB

# EXHIBIT 1

HILDEBRAND, MCLEOD & NELSON, LLP
5335 COLLEGE AVE., SUITE 5A
OAKLAND, CA 94618
TELEPHONE: (510) 451-6732
FACSIMILE: (510) 465-7023

Stipulation to Continue Trial
Case No. 3:22-cv-00479-MMD-CLB

HILDEBRAND, McLEOD & NELSON, LLP
5335 COLLEGE AVE., SUITE 5A
OAKLAND, CA 94618
TELEPHONE: (510) 451-6732
FACSIMILE: (510) 465-7023

## <u>ORDER</u>

Upon consideration of the parties' Stipulation to Continue Trial, and good cause appearing, the Court orders as follows:

IT IS HEREBY ORDERED:

1.  The trial currently set on the Court's August 18, 2026 trial stack is VACATED.

2.  The trial is continued to April 18, 2027, at 9:00 A.M..  Telephonic Calendar Call is continued to March 29, 2027, at 9:00 A.M.

3.  The Defendant's medical expert, Dr. Klein, may conduct a re-examination of Plaintiff in early 2027 at a mutually agreeable date and time.

4.  The pretrial deadlines are VACATED. The Court will issue an amended trial order setting all remaining pretrial deadlines consistent with the new trial date.

**IT IS SO ORDERED.**

DATED:  June 11, 2026

_____
Miranda M. Du
United States District Court

5

Stipulation to Continue Trial
Case No. 3:22-cv-00479-MMD-CLB