J. D. Sullivan (NV Bar No. 5516)
jd@mindenlaw.com
**SULLIVAN LAW**
1625 State Route 88, Suite 401
Minden, Nevada 89423
Telephone: (775) 782-6915

Anthony S. Petru (CA Bar No. 91399)
petru@hmnlaw.com
Charles S. Bracewell (CA Bar No. 284985)
bracewell@hmnlaw.com
Gabriel A. Siniscal (NV Bar No. 14761)
siniscal@hmnlaw.com
**HILDEBRAND, McLEOD & NELSON, LLP**
5335 College Avenue, Suite 5A
Oakland, California 94618
Telephone: (510) 451-6732

Attorneys for Plaintiff
RORY J. BUCKNER

HILDEBRAND, MCLEOD & NELSON, LLP
350 FRANK H. OGAWA PLAZA, 4TH FLOOR
OAKLAND, CA 94612-2006
TELEPHONE: (510) 451-6732
FACSIMILE: (510) 465-7023

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RORY J. BUCKNER,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | CASE NO. 3:22-cv-00479-MMD-CLB<br>ORDER GRANTING<br>**SUBSTITUTION OF RESIDENT ATTORNEY**<br><br>**LR IA 11-2(d)** |

Rory Buckner, Plaintiff, hereby substitutes Gene M. Kaufmann, Kaufmann Law, 1576 3rd Street, Minden, NV 89423, (775) 600-2220, as Resident Attorney of record in place and stead of J. D. Sullivan, Sullivan Law, who is retiring.

DATED: 10·14·26

Rory J. Buckner, Plaintiff

I consent to the above substitution.

DATED: 9/30/26

J. D. Sullivan
**Sullivan Law**

I am duly admitted to practice in this District.

Above Substitution accepted.

DATED: 9/30/2026

Gene M. Kaufmann
**KAUFMANN LAW**

APPROVED:

DATED: October 19, 2026

UNITED STATES DISTRICT JUDGE

HILDEBRAND, MCLEOD & NELSON, LLP
350 FRANK H. OGAWA PLAZA, 4TH FLOOR
OAKLAND, CA 94612-2006
TELEPHONE: (510) 451-6732
FACSIMILE: (510) 465-7023